# Court of Appeals
# of the State of Georgia

ATLANTA, April 21, 2026

*The Court of Appeals hereby passes the following order*

## A26D0446. GEORGIA DEPARTMENT OF EARLY CARE & LEARNING v. ICARE CHILD DEVELOPMENT CENTER, INC., D/B/A ICARE AT SAUNDERS.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

25CV012505



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, April 21, 2026.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Christina Cooley Smith* , Clerk.